Submitted on record and briefs February 3, reversed March 15, 2006

In the Matter of Kimberly Tickerhoof,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

KIMBERLY TICKERHOOF,
*Appellant.*

MC000057B; A128099

131 P3d 820

Kent A. Anderson filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Elizabeth A. Gordon, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

**PER CURIAM**

In this appeal of a judgment of involuntary mental commitment, appellant contends that the trial court erred in finding that she is mentally ill and is not willing or able to participate in treatment on a voluntary basis. ORS 426.005; ORS 426.130. The state concedes that the record does not provide clear and convincing evidence to support the involuntary commitment. On *de novo* review, we agree and accept the state's concession.

Reversed.